**Copyrights-In-Suit for IP Address 24.12.212.183**

**ISP:** Comcast Cable
**Location:** Skokie, IL

| Title | Registration Number | Date of First Publication | Registration Date | Most Recent Hit UTC |
|---|---|---|---|---|
| Backstage | PA0001797943 | 07/17/2012 | 07/18/2012 | 01/12/2013 |
| Casual Affair | PA0001800471 | 08/01/2012 | 08/05/2012 | 01/12/2013 |
| Classic Beauty | PA0001806473 | 09/11/2012 | 09/19/2012 | 01/01/2013 |
| Coucher Avec une Autre Fille | PA0001801715 | 08/13/2012 | 08/14/2012 | 01/12/2013 |
| Dangerous Game | PA0001810505 | 10/10/2012 | 10/14/2012 | 01/01/2013 |
| Heart and Soul | PA0001815353 | 11/24/2012 | 11/30/2012 | 01/01/2013 |
| Inside Perfection | PA0001817756 | 12/02/2012 | 12/16/2012 | 01/01/2013 |
| Perfect Girls | PA0001783454 | 03/28/2012 | 03/28/2012 | 01/01/2013 |
| Perfect Lovers | PA0001785959 | 07/20/2011 | 04/09/2012 | 01/01/2013 |
| Perfect Together | PA0001805262 | 08/29/2012 | 09/19/2012 | 01/01/2013 |
| Pure Grace | PA0001800484 | 07/11/2012 | 07/12/2012 | 01/01/2013 |
| Show You My Love | PA0001793969 | 02/16/2011 | 04/14/2012 | 01/12/2013 |
| Soul Mates | PA0001813361 | 11/07/2012 | 11/19/2012 | 01/12/2013 |
| Spur of the Moment | PA0001820192 | 01/07/2013 | 01/08/2013 | 01/12/2013 |
| The Dorm | PA0001780468 | 09/28/2011 | 03/10/2012 | 01/12/2013 |
| Tiffany Sex with a Supermodel | PA0001762022 | 02/23/2011 | 11/21/2011 | 01/01/2013 |
| Tiffany Teenagers in Love | PA0001762019 | 12/29/2010 | 11/20/2011 | 01/12/2013 |
| Transcendence | PA0001799577 | 07/30/2012 | 07/31/2012 | 01/12/2013 |
| Unbelievably Beautiful | PA0001805315 | 08/24/2012 | 09/10/2012 | 01/01/2013 |
| Veronica Wet Orgasm | PA0001762412 | 10/05/2011 | 11/23/2011 | 01/12/2013 |

**Total Malibu Media, LLC Copyrights Infringed: 20**